**Opinion filed August 16, 2012**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-12-00220-CR & 11-12-00221-CR

_____

## RICKEY DALBERT, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause Nos. C-32,352 & C-32,353**

## MEMORANDUM OPINION

In each case, Rickey Dalbert has filed a pro se notice of appeal from the trial court's order denying Dalbert's motion to obtain documents and trial transcripts in forma pauperis. The request involves a 2008 conviction, and the trial court found that appellant had received a free copy of the reporter's record on March 6, 2009. We dismiss the appeals.

We wrote Dalbert on July 24, 2012, and informed him that it did not appear that we had jurisdiction in these cases. We requested that he respond in writing on or before August 8, 2012, and show grounds to continue these appeals. Dalbert has filed a response, but he has not shown

grounds to continue. An intermediate court of appeals is not vested with jurisdiction to consider an appeal from an order denying a request for a free copy of the trial record when such request is not presented in conjunction with a timely filed appeal. *Self v. State*, 122 S.W.3d 294 (Tex. App.—Eastland 2003, no pet.). Dalbert's requests in these cases were not presented in conjunction with timely filed appeals from his convictions. Consequently, we have no jurisdiction to entertain these appeals.

The appeals are dismissed for want of jurisdiction.

PER CURIAM

August 16, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.